**Opinion issued November 17, 2016**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-16-00916-CV

———————————

### IN RE JORGE MEDINA, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Jorge Medina, filed a petition for writ of mandamus, late on November 16, 2016, seeking to compel the respondent, the Honorable John Phillips, to grant a hearing on relator's request for de novo hearing and to hear his trial on the merits in his underlying petition to modify the parent-child relationship.[1] With his petition, relator also filed an emergency motion, also late on November 16, 2016, to

---

[1] The underlying case is *In the Interest of J.M.J., A Child*, No. 2014-04700J, in the 314th District Court of Harris County, the Honorable John Phillips presiding.

stay his trial on the merits scheduled for November 17, 2016, before the associate judge, pending resolution of his petition. *See* TEX. R. APP. P. 52.10(a).

We **deny** the petition for writ of mandamus and **dismiss** the emergency motion as moot. *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.